# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD S. MARTIN, | CIVIL NO: 1:21-CV-00512 |
| Plaintiff, | |
| v. | (Magistrate Judge Schwab) |
| JONATHAN M. BLAKE, *et al.*, | |
| Defendants. | |

# ORDER
March 14, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 18*) is **GRANTED** and the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge